

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00642-CV

David **RODRIGUEZ**,
Appellant

v.

Richard R. **STORM**, Jr.; H-E-B, LP; Law Office of Shelton & Valadez; Mark A. Giltner;
William Tate; and Stephen Martinez,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-13590
Honorable Mary Lou Alvarez, Judge Presiding

&

No. 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

**H-E-B**, Jointly and Severally; William Tate, Jointly and Severally and as employee of H-E-B,
LP; Stephen Martinez, Jointly and Severally and as employee of H-E-B, LP; Meredith Reid as
employee of H-E-B LP, Jointly and Severally; Debra Ann Godoy as employee of H-E-B, LP,
Jointly and Severally; and Mark Giltner, Jointly and Severally,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-16263
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the orders of the trial court are AFFIRMED. Costs of the appeals are taxed against appellant.

SIGNED May 6, 2020.


_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice